**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cr-20156-KMM

UNITED STATES OF AMERICA

v.

STERICYCLE, INC.,

    Defendant.

_____ /

**<u>ORDER</u>**

    THIS CAUSE came before the Court upon the Parties' Expedited Joint Motion to Exclude Time Under the Speedy Trial Act and to Enter an Order on a Date Certain. ("Mot.") (ECF No. 13). Therein, the Government and Defendant Stericycle, Inc. ("Defendant") request that the Court enter an order on April 19, 2022 "excluding a period of 3.5 years in computing the time within which any trial must be commenced upon the charge contained in the Information filed against [Defendant] pursuant to the Speedy Trial Act, in light of the written agreement between the Government and the defendant deferring prosecution in this matter." *Id.* at 3. The Parties request that this 3.5-year term of excluded time begin to run from the date the Information was filed, on April 14, 2022. *Id.* (citation omitted); *see* (ECF No. 1).

    The Parties' Joint Motion and Deferred Prosecution Agreement ("Agreement") reflect that Defendant has (1) agreed to waive its right to an indictment and has consented to prosecution by information, (2) accepted responsibility for its actions, (3) cooperated with the Government, (4) engaged in remediation, (5) committed to enhancing its compliance program and internal controls, (6) agreed to pay a monetary penalty in the amount of $52,500,000.00, and (7) waived its right to a speedy trial under the Sixth Amendment, the Speedy Trial Act, and Federal Rule of

Criminal Procedure 48(b). Mot. at 2; (ECF No. 13-2) ¶¶ 1–2, 4, 7, 9–15. To that end, the Parties "believe that [a 3.5-year] delay and speedy trial exclusion will allow the defendant to demonstrate its good conduct" consistent with the terms of the Agreement. *Id.*

The Parties further inform the Court that the timing and structure of this corporate resolution is coordinated with parallel resolutions that Defendant has reached with the United States Securities and Exchange Commission and with authorities in Brazil. *Id.* at 3. The Parties intend that these resolutions will be formalized and announced at the same time as the Agreement in this case. *Id.* The Parties also represent that the Government has agreed to seek the dismissal of the Information six (6) months after the expiration of the term of the Agreement if Defendant fully complies with the Agreement. *Id.*; (ECF No. 13-2) ¶ 17.

In light of the foregoing and the Government's agreement to defer prosecution, the Court finds good cause (1) to continue the trial in this matter as set forth below and (2) to deem excluded from computing the time in which a trial must be commenced the three-year term of the Agreement, plus six months, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(2).

Accordingly, UPON CONSIDERATION of the Expedited Joint Motion, the Parties' Deferred Prosecution Agreement, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Parties' Expedited Joint Motion to Exclude Time Under the Speedy Trial Act and to Enter an Order on a Date Certain, (ECF No. 13), is GRANTED. It is further ORDERED as follows:

(1) All further criminal proceedings in this matter, including trial, are continued until further Order of this Court.

(2) The period of delay resulting from this continuance is deemed excludable time in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(2). This period of

excludable time shall run for not more than forty-two (42) months (*i.e.*, 3.5 years), beginning on April 14, 2022, the date the Information was filed.

DONE AND ORDERED in Chambers at Miami, Florida, this *19th* day of April, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record