**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cr-20156-KMM

UNITED STATES OF AMERICA

v.

STERICYCLE, INC.,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court upon the Government's Expedited Unopposed Motion to Unseal and to Enter an Order on a Date Certain. ("Mot.") (ECF No. 15). Therein, the Government requests that the Court direct the Clerk of Court to unseal this case on April 20, 2022 because the Court has entered an Order granting the Parties' Expedited Joint Motion to Exclude Time Under the Speedy Trial Act and to Enter an Order on a Date Certain. *Id.* at 1; *see* (ECF No. 17). Defendant does not oppose the Motion. Mot. at 1.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Government's Expedited Unopposed Motion to Unseal and to Enter an Order on a Date Certain (ECF No. 15) is GRANTED. The Clerk of Court is DIRECTED to UNSEAL this case and all docket entries therein and return those portions of the Court file to the public record on April 20, 2022.

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of April, 2022.

_K. M. Moore_
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record